IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Johnnie James Wilson Jr.,
    Plaintiff,

No. 1:22-cv-00355/LF

v.

Kirtan Khalsa,
Magistrate Judge,
    Defendant,

IN THE MATTER OF RECUSAL OF:
RECUSAL OF ALL UNITED STATES JUDGES
FOR THE DISTRICT OF NEW MEXICO

## ORDER OF RECUSAL AND PENDING REASSIGNMENT

This matter identifies United States Magistrate Judge Kirtan Khalsa as a party. Under the circumstances and consistent with District wide practices, it is appropriate for all judicial officers for the District of New Mexico to recuse in the matter.

**IT IS THEREFORE ORDERED THAT:**

All judicial officers of the District of New Mexico recuse in this action. The matter is pending reassignment to an out-of-district judge and further order of reassignment is forthcoming.

**DONE** this 23rd day of May, 2022.

FOR THE COURT:

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE