**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

Johnnie James Wilson Jr.,
    Plaintiff,

v.                                                                              No. 1:22-cv-00355/LF

Kirtan Khalsa,
Magistrate Judge,
    Defendant,

IN THE MATTER OF RECUSAL OF:
RECUSAL OF ALL UNITED STATES JUDGES
FOR THE DISTRICT OF NEW MEXICO

## ORDER OF REASSIGNMENT

This matter having come before the Court as a result of the entry of the Order of Recusal and Pending Reassignment, filed May 20th, 2022 (Doc. 4) finds that Senior United States Circuit Judge Paul J. Kelly, Jr., for the United States Court of Appeals for the Tenth Circuit, has consented to the designation and assignment as trial judge in this matter.

**IT IS THEREFORE ORDERED THAT:**

Pursuant to the designation and provisions of Title 28, United States Code § 291(b), the Honorable Paul J. Kelly, Jr., Senior United States Circuit Judge for the United States Court of Appeals for the Tenth Circuit shall preside over the above-captioned case.

**DONE** this 23rd day of May, 2022.

FOR THE COURT:

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE